OPINION — AG — ** COMPANY VEHICLES, MOVEMENT OF POLES, WEIGHT OF VEHICLE EXCEEDING LIMITATIONS ** PROVISIONS AS TO THE MOVEMENT OF POLES "IN THE MAINTENANCE OF POWER AND COMMUNICATION LINE" APPLY NOT ONLY TO "COMPANY OWNED AND COMPANY OPERATED VEHICLES" BUT ALSO TO VEHICLES OWNED OR OPERATED BY "CONTRACTORS, SUB CONTRACTORS, OR PERSONS HAULING FOR HIRE" (EXCEED LENGTH IN HAULING) CITE: 47 O.S.H. 116.1, 47 O.S.H. 116.4 (J. H. JOHNSON)